TDCJ Offender Details       82,890-01       Page 1 of 2

**TDCJ Home**   **New Offender Search**

# Offender Information Details

[ Return to Search list ]

| | |
|---|---|
| **SID Number:** | 06504610 |
| **TDCJ Number:** | 01849572 |
| **Name:** | CASTILLO,JULIO CESAR |
| **Race:** | H |
| **Gender:** | M |
| **DOB:** | 1976-04-11 |
| **Maximum Sentence Date:** | 2070-01-13 |
| **Current Facility:** | TELFORD |
| **Projected Release Date:** | 2070-01-13 |
| **Parole Eligibility Date:** | 2040-01-13 |
| **Offender Visitation Eligible:** | YES |

*Information provided is updated once daily during weekdays and multiple times per day on visitation days.* **Because this information is subject to change, family members and friends are encouraged to call the unit prior to traveling for a visit.**

## SPECIAL INFORMATION FOR SCHEDULED RELEASE:

| | |
|---|---|
| **Scheduled Release Date:** | Offender is not scheduled for release at this time. |
| **Scheduled Release Type:** | Will be determined when release date is scheduled. |
| **Scheduled Release Location:** | Will be determined when release date is scheduled. |

## Parole Review Information

**Offense History:**

| Offense Date | Offense | Sentence Date | County | Case No. | Sentence (YY-MM-DD) |
|---|---|---|---|---|---|
| 2005-03-08 | BURG WIT COMMIT THEFT | 2006-09-08 | HARRIS | 1024935 | 2-00-00 |
| | | | | | |